HOWARD HARRIS, JR. AND WILLIAM E. FOWLER v. SALEM COUNTY PLANNING BOARD AND BOARD OF FREE-HOLDERS OF SALEM.

November 12, 1973. Petition for certification denied.

HACKENSACK WATER COMPANY v.
PLANNING BOARD OF TOWNSHIP OF RIVER VALE.

November 12, 1973. Petition for certification denied.

VINCENT G. KEENAN v. CITY OF TRENTON.

November 12, 1973. Petition for certification denied.

MADISON ARMS ASSOCIATES v.
TOWNSHIP OF MADISON AND DIVISION OF TAX APPEALS.

November 12, 1973. Petition for certification denied.

LOUIS D. MEGARO v. STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY.

November 12, 1973. Petition for certification denied.

KATHLEEN JULIE O'CONNOR v. ABRAHAM ALTUS.

November 12, 1973. Petition for certification granted.